Lucero v. Ortiz et al
Case 1:06-cv-01410-PSF-KLM    Document 1    Filed 07/19/2006    Page 1 of 3
Doc. 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06- CV - 01410** -ᵇᴺᵇ

JUL 1 9 2006

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

JOHN J. LUCERO,

    Applicant,

v.

JOE ORTIZ, Executive Director, DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

    Applicant John J. Lucero has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254. The application is in proper form. Therefore,

the clerk of the court will be directed to commence a civil action. Applicant also has

tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the

applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing

fee. Accordingly, it is

    ORDERED that the clerk of the court commence this civil action. It is

    FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

Dockets.Justia.com

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _18th_ day of _July_____, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **06 - CV - 01410** ~BNB

John J. Lucero
Prisoner No. 59714
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  7-19-06

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk