**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06 - CV - 01410** ~bᴺᵝ

JUL 1 9 2006

(**The above civil action number must appear on all future papers**
**sent to the court in this action.   Failure to include this number**
**may result in a delay in the consideration of your claims.**)

GREGORY C. LANGHAM
CLERK

JOHN J. LUCERO,

    Applicant,

v.

JOE ORTIZ, Executive Director, DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant John J. Lucero has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254.  The application is in proper form.  Therefore,

the clerk of the court will be directed to commence a civil action.  Applicant also has

tendered the $5.00 filing fee.  The clerk of the court will be directed to mail to the

applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing

fee.  Accordingly, it is

ORDERED that the clerk of the court commence this civil action.  It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee.  It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this _18th_ day of _July_____, 2006.

BY THE COURT:

_Boyd N. Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **06 - CV - 01410** ~BNB

John J. Lucero
Prisoner No. 59714
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

　　　　I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on___7-19-06___

GREGORY C. LANGHAM, CLERK

By:_____
　　　　　　　Deputy Clerk