IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01410-PSF-PAC

JOHN J. LUCERO,

    Applicant,

v.

JOE ORTIZ, Executive Director DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

```
                    F I L E D
              UNITED STATES DISTRICT COURT
                  DENVER, COLORADO

                    AUG - 8 2006

              GREGORY C. LANGHAM
                              CLERK
```

### ORDER TO ANSWER

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before August 28, 2006 the respondents shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

Dated: August 4, 2006

                      BY THE COURT:

                      s/ Phillip S. Figa

                      UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01410-PSF-PAC

John J. Lucero
Prisoner No. 59714
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Joe Ortiz
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for process of service on Joe Ortiz and to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS, FILED 7/19/06, AND THE NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/8/06       .

                                            GREGORY C. LANGHAM, CLERK

                              By: _____
                                                 Deputy Clerk