IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01410-PSF-PAC

JOHN J. LUCERO,

    Applicant,

v.

JOE ORTIZ, Executive Director of DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

The court has reviewed the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 filed by Applicant John Julian Lucero and has issued an Order to Show Cause to the named Respondents.

IT IS HEREBY **ORDERED** that the Clerk of the Las Animas County District Court, State of Colorado, shall file with the Clerk of the United States District Court, 901 19th St., Denver, CO 80294, **on or before April 20, 2007,** a copy of the transcripts of the providency and sentencing hearings in:

> The People of the State of Colorado v. John J. Lucero
> Criminal Action No. 96-CR-112

It is **FURTHER ORDERED** that the Clerk of the United States District Court for the District of Colorado shall serve a copy of this Order for State Court Record on:

> Las Animas County District Court Clerk
> Las Animas County District Court
> 200 E. 1st St., Room 304
> Trinidad, Colorado 81082

Dated March 20, 2007

                    BY THE COURT:

                    s/ O. Edward Schlatter
                    O. EDWARD SCHLATTER
                    United States Magistrate Judge