IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01410-PSF-PAC

JOHN J. LUCERO,

    Applicant,

v.

JOE ORTIZ, Executive Director of DOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that Applicant's Motion to Introduce Trial Record [Doc. #11, filed September 13, 2006] is **GRANTED** as follows: The transcripts from the providency and sentencing hearings in *People v. Lucero*, Las Animas County District Court Criminal Action No. 96-CR-112 were filed in this court on May 1, 2007. The court will consider those transcripts in issuing a Recommendation on Mr. Lucero's §2254 Application.

Dated:  May 7, 2007